1  Seymour B. Everett (State Bar No. 223441)
   Alicia R. Kennon (State Bar No. 240569)
2  **WOOD, SMITH, HENNING & BERMAN LLP**
   1401 Willow Pass Road, Suite 700
3  Concord, California 94520-7982
   Phone: 925 222 3400 ♦ Fax: 925 222 3250
4
   Attorneys for Defendant WESTERN ASSOCIATION OF SCHOOLS AND COLLEGES
5

6

7

8                   **UNITED STATES DISTRICT COURT**

9          **NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

10

| 11 THE INSTITUTE OF MEDICAL EDUCATION, INC., | CASE NO. CV11-05755 PSG |
|---|---|
| 12 | **DEFENDANT WESTERN ASSOCIATION OF SCHOOLS AND COLLEGES ANSWER TO PLAINTIFF'S COMPLAINT** |
| 13          Plaintiff, | |
| 14     v. | Complaint Filed: 11/30/11 |
| 15 WESTERN ASSOCIATION OF SCHOOLS AND COLLEGES, and DOES 1 THROUGH 10 INCLUSIVE, | [Assigned for All Purposes to Magistrate Judge Paul Singh Grewal in Courtroom 5, 4th Floor] |
| 16 | |
| 17          Defendants. | Discovery Cutoff:     None Set |
| | Motion Cutoff:        None Set |
| | Trial Date:           None Set |

18

19      COMES NOW Defendant WESTERN ASSOCIATION OF SCHOOLS AND

20  COLLEGES and in response to Plaintiff's Complaint admits, denies, and/or alleges the

21  following:

22                      **NATURE OF ACTION**

23      1.  In answering paragraph 1 of Plaintiff's Complaint, Defendant admits that this is

24  an action for damages against WASC and Does 1 through 10.  Defendant, however,

25  denies the remaining allegations contained within paragraph 1 of Plaintiff's complaint.

26                       **THE PARTIES**

27      2.  In answering paragraph 2 of Plaintiff's Complaint, Defendant denies the

28

*(left vertical sidebar)* WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925 222 3400 ♦ FAX 925 222 3250

1 | allegations contained therein.

2 |     3.  In answering paragraph 3 of Plaintiff's Complaint, Defendant admits the

3 | allegations contained therein.

4 | **JURISDICTION AND VENUE**

5 |     4.  In answering paragraph 4 of Plaintiff's Complaint, Defendant denies the

6 | allegations contained therein.

7 | **FACTUAL BACKGROUND**

8 |     5.  In answering paragraphs 5 through 10 of Plaintiff's Complaint, Defendant lacks

9 | sufficient knowledge and information from which to admit or deny the allegations

10 | contained therein and on that basis denies same.

11 |     6.  In answering paragraph 11 of Plaintiff's Complaint, Defendant lacks sufficient

12 | knowledge and information from which to admit or deny the allegations contained therein

13 | and on that basis denies same.

14 |     7.  In answering paragraph 12 of Plaintiff's Complaint, Defendant lacks sufficient

15 | knowledge and information from which to admit or deny the allegations contained therein

16 | and on that basis denies same.

17 |     8.  In answering paragraph 13 of Plaintiff's Complaint, Defendant lacks sufficient

18 | knowledge and information from which to admit or deny the allegations contained therein

19 | and on that basis denies same.

20 |     9.  In answering paragraph 14 of Plaintiff's complaint, Defendant admits the

21 | allegations contained therein.

22 |     10. In answering paragraph 15, lines 4-5, of Plaintiff's Complaint Defendant admits

23 | that a letter dated September 23, 2010 was sent to IME, but lacks sufficient information

24 | or knowledge regarding the remaining allegations contained therein and on that basis

25 | denies same.  In answering lines 5, beginning with "While a number..." through line 8,

26 | Defendant lacks sufficient knowledge and information from which to admit or deny the

27 | allegations contained therein and on that basis denies same.

28 |     11. In answering paragraph 16 of Plaintiff's Complaint, Defendant denies the

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925 222 3400 ♦ FAX 925 222 3250

1   allegations contained therein.

2       12. In answering paragraph 17 of Plaintiff's Complaint, Defendant lacks sufficient

3   knowledge and information from which to admit or deny the allegations contained therein

4   and on that basis denies same.

5       13. In answering paragraph 18 of Plaintiff's Complaint, Defendant lacks sufficient

6   knowledge and information from which to admit or deny the allegations contained therein

7   and on that basis denies same.

8       14. In answering paragraph 19 of Plaintiff's Complaint, Defendant lacks sufficient

9   knowledge and information from which to admit or deny the allegations contained therein

10  and on that basis denies same.

11      15. In answering paragraph 20 of Plaintiff's Complaint, Defendant denies the

12  allegations contained therein.

13      16. In answering paragraph 21 of Plaintiff's Complaint, Defendant lacks sufficient

14  knowledge and information from which to admit or deny the allegations contained therein

15  and on that basis denies same.

16      17. In answering paragraph 22 of Plaintiff's Complaint, Defendant lacks sufficient

17  knowledge and information from which to admit or deny the allegations contained therein

18  and on that basis denies same.

19      18. In answering paragraph 23 of Plaintiff's Complaint, Defendant denies the

20  allegations contained therein.

21      19. In answering paragraphs 24-28 of Plaintiff's Complaint, Defendant lacks

22  sufficient knowledge and information from which to admit or deny the allegations

23  contained therein and on that basis denies the allegations contained therein.

24      20. In answering paragraph 29 of Plaintiff's Complaint, Defendant denies the

25  allegations contained therein.

26      21. In answering paragraph 30 of Plaintiff's Complaint, Defendant denies the

27  allegations contained therein.

28  / / /

DEFENDANT WESTERN ASSOCIATION OF SCHOOLS AND COLLEGES ANSWER TO PLAINTIFF'S
COMPLAINT

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925.222.3400 ♦ FAX 925.222.3250

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925 222 3400 • FAX 925 222 3250

## FIRST CAUSE OF ACTION

### Denial of Common Law Due Process

22. In answering paragraph 31 of Plaintiff's Complaint, Defendant incorporates the preceding admissions and denials contained within paragraphs 1-21 as though fully set forth herein.

23. In answering paragraphs 32-38, Defendant denies each and every allegation contained therein.

## SECOND CAUSE OF ACTION

### Breach of Contract

24. In answering paragraph 39 of Plaintiff's Complaint, Defendant incorporates the preceding admissions and denials contained within paragraphs 1-23 as though fully set forth herein.

25. In answering paragraphs 40-43, Defendant denies each and every allegation contained therein.

## THIRD CAUSE OF ACTION

### Breach of the Implied Covenant of Good Faith & Fair Dealing

26. In answering paragraph 44 of Plaintiff's Complaint, Defendant incorporates the preceding admissions and denials contained within paragraphs 1-25 as though fully set forth herein.

27. In answering paragraphs 45-47 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

## FOURTH CAUSE OF ACTION

### Intentional Interference with Contract (Student Enrollment Agreements)

28. In answering paragraph 48 of Plaintiff's Complaint, Defendant incorporates the preceding admissions and denials contained within paragraphs 1-27 as though fully set forth herein.

29. In answering paragraphs 49-54 of Plaintiff's Complaint, Defendant denies each and every allegation contained therein.

DEFENDANT WESTERN ASSOCIATION OF SCHOOLS AND COLLEGES ANSWER TO PLAINTIFF'S COMPLAINT

1

## FIFTH CAUSE OF ACTION

2

### Negligent Interference with Prospective Business or Economic Advantage

3      30. In answering paragraph 55 of Plaintiff's Complaint, Defendant incorporates the

4 preceding admissions and denials contained within paragraphs 1-29 as though fully set

5 forth herein.

6      31. In answering paragraphs 56-59, Defendant denies each and every allegation

7 contained therein.

8

## SIXTH CAUSE OF ACTION

9

### Promissory Estoppel

10     32. In answering paragraph 60, Defendant incorporates the preceding admissions

11 and denials contained within paragraphs 1-31 as though fully set forth herein.

12     33. In answering paragraphs 61-66, Defendant denies each and every allegation

13 contained therein.

14

## AFFIRMATIVE DEFENSES

15

### FIRST AFFIRMATIVE DEFENSE

16     34. Defendant is informed and believes, and on that basis alleges that the

17 Complaint, in whole or in part, fails to state a claim for which relief can be granted.

18

### SECOND AFFIRMATIVE DEFENSE

19     35. Defendant is informed and believes, and on that basis alleges that the

20 Complaint, and each and every claim contained therein, is barred by the applicable

21 statute of limitation.

22

### THIRD AFFIRMATIVE DEFENSE

23     36. Defendant is informed and believes, and on that basis alleges that Plaintiff has

24 failed to mitigate their damages with respect to any and all damages proximately and/or

25 actually caused by the actions or incidents underlying the Complaint.

26

### FOURTH AFFIRMATIVE DEFENSE

27     37. Defendant is informed and believes, and on that basis alleges that Plaintiff's

28 Complaint is barred by the doctrine of laches, estoppel, waiver and/or unclean hands.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925 222 3400 ♦ FAX 925 222 3250

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925 222 3400 ♦ FAX 925 222 3250

## FIFTH AFFIRMATIVE DEFENSE

38. Defendant is informed and believes, and on that basis alleges that any and all injuries, losses, or damages, if any, were the direct and proximate result of an unavoidable incident, act of God, or resulted from natural causes, without fault or liability on the part of this answering Defendant.

## SIXTH AFFIRMATIVE DEFENSE

39. Defendant is informed and believes, and on that basis alleges that Plaintiff has no standing to bring any action against this responding Defendant.

## SEVENTH AFFIRMATIVE DEFENSE

40. Defendant is informed and believes, and on that basis alleges that Plaintiff's action is barred by the failure to join in a timely fashion, indispensable and/or necessary parties to the action

## EIGHTH AFFIRMATIVE DEFENSE

41. Defendant is informed and believes, and on that basis alleges that the underlying agreements are unenforceable due to a lack of consideration.

## NINTH AFFIRMATIVE DEFENSE

42. Defendant is informed and believes, and on that basis alleges that Plaintiff's claims are barred due to mistake and/or fraud concerning the terms of the underlying agreements.

## TENTH AFFIRMATIVE DEFENSE

43. Defendant is informed and believes, and on that basis alleges that the agreements referred to in the Complaint are unenforceable and/or void as against public policy.

## ELEVENTH AFFIRMATIVE DEFENSE

44. Defendant is informed and believes, and on that basis alleges that Plaintiff has waived their right to enforce the underlying agreements by breaching the terms of those agreements.

/ / /

DEFENDANT WESTERN ASSOCIATION OF SCHOOLS AND COLLEGES ANSWER TO PLAINTIFF'S COMPLAINT

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925 222 3400 ♦ FAX 925 222 3250

**TWELFTH AFFIRMATIVE DEFENSE**

45. Defendant is informed and believes, and on that basis alleges that the underlying agreements have been rescinded.

**THIRTEENTH AFFIRMATIVE DEFENSE**

46. Defendant is informed and believes, and on that basis alleges that Plaintiff has acted so as to frustrate the purpose of the underlying agreements.

**FOURTEENTH AFFIRMATIVE DEFENSE**

47. Defendant is informed and believes, and on that basis alleges that this responding Defendant has satisfied its obligations pursuant to the underlying agreements.

**FIFTEENTH AFFIRMATIVE DEFENSE**

48. Defendant is informed and believes, and on that basis alleges that Plaintiff are estopped by their own acts and conduct from pursuing the claims alleged in the Complaint.

**SIXTEENTH AFFIRMATIVE DEFENSE**

49. Defendant is informed and believes, and on that basis alleges that at all times relevant, its conduct was justified with regard to the claims alleged in the Complaint.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

50. Plaintiff has failed to state facts sufficient to give rise to a claim against Defendant for punitive damages.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

51. This action is barred for lack of subject matter jurisdiction.

**NINETEENTH AFFIRMATIVE DEFENSE**

52. This action is barred because Plaintiff has failed to exhaust the administrative remedies provided to it through Defendant's organization or provided by law.

**TWENTIETH AFFIRMATIVE DEFENSE**

53. This action is barred because it is not ripe for decision or because the action is now moot.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925 222 3400 ◆ FAX 925 222 3250

## TWENTY-FIRST AFFIRMATIVE DEFENSE

54. Plaintiff's complaint is barred by the doctrine of res judicata or collateral estoppel.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

55.   Plaintiff's action is barred because the alleged wrongful acts or omissions are based on the exercise of a discretionary duty or discretionary function on the part of the public defendant.  Accordingly, defendant is immunized from liability as a matter of law.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

56. Plaintiff was provided with adequate and due notice by Defendant and the U.S. Department of Education.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

57. Defendant presently has insufficient knowledge or information upon which to form a belief as to whether Defendant may have any additional affirmative defenses to the Complaint and/or all of the claims stated therein.  Accordingly, Defendant hereby reserves its right to assert additional affirmative defenses in the event that further development, events and/or discovery indicate such assertion would be appropriate.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    WHEREFORE, Defendant prays for relief as follows:

2    (a)    That Plaintiff take nothing against this answering Defendant;

3    (b)    That this answering Defendant have and recover its costs of suit;

4    (c)    For such other and further relief as the Court may deem just and proper.

5

6                                **JURY DEMAND**

7    Defendant hereby demands a trial by jury of all issues so triable.

8

9    DATED: January 10, 2012            WOOD, SMITH, HENNING & BERMAN LLP

10

11                                       By: _____
                                            SEYMOUR B. EVERETT
12                                          ALICIA R. KENNON
                                         Attorneys for Defendant WESTERN
13                                       ASSOCIATION OF SCHOOLS AND COLLEGES

14

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925 222 3400 ♦ FAX 925 222 3250

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925 222 3400 ♦ FAX 925 222 3250

1

## PROOF OF SERVICE

2  **STATE OF CALIFORNIA, COUNTY OF CONTRA COSTA**

3      I am employed in the County of Contra Costa, State of California.  I am over the
age of eighteen years and not a party to the within action; my business address is 1401
4  Willow Pass Road, Suite 700, Concord, California 94520-7982.

5      On January 10, 2012, I served the following document(s) described as
**DEFENDANT WESTERN ASSOCIATION OF SCHOOLS AND COLLEGES ANSWER**
6  **TO PLAINTIFF'S COMPLAINT** on the interested parties in this action as follows:

7                          **SEE ATTACHED LIST**

8  **BY ELECTRONIC SERVICE (Via ECF/Pacer):**  Based on a court order or an agreement
of the parties to accept service by electronic transmission, I caused the document(s) to
9  be sent to the persons at the electronic notification address listed in the service list.  I did
not receive, within a reasonable time after the transmission, any electronic message or
10  other indication that the transmission was not successful.

11      I declare under penalty of perjury under the laws of the United States of America
that the foregoing is true and correct and that I am employed in the office of a member of
12  the bar of this Court at whose direction the service was made.

13      Executed on January 10, 2012, at Concord, California.

14

15                                          _____
                                            Terri L. Nocco
16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

1

**SERVICE LIST**
***The Institute of Medical Education, Inc. v. Western Association of Schools and Colleges, et al.***
**Case No. USDC-N (SJ) - CV11-05755 PSG**

2

3

John C. Fox, Esq.
4   Alexa L. Morgan, Esq.
Fox, Wang & Morgan P.C.
5   160 West Santa Clara Street
San Jose, CA  95113
6   Tel: (408) 844-2350/Fax: (408) 844-2351
Email: jfox@foxwangmorgan.com
7            amorgan@foxwangmorgan.com
**Attorneys for PLAINTIFF**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925 222 3400 ♦ FAX 925 222 3250