MARY T. HERNANDEZ (SBN 136942)
mhernandez@gcrlegal.com
NITASHA K. SAWHNEY (SBN 210550)
nsawhney@gcrlegal.com
NADIA P. BERMUDEZ (SBN 216555)
nbermudez@gcrlegal.com
GCR, LLP
313 West Winton Ave, Suite 372
Hayward, California 94544
Tel: (510) 695-2802 Facsimile: (510) 670-4537

Attorneys for the Plaintiff
THE INSTITUTE OF MEDICAL EDUCATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE INSTITUTE OF MEDICAL EDUCATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> WESTERN ASSOCIATION OF SCHOOLS AND COLLEGES, and DOES 1 THROUGH 10 INCLUSIVE, <br><br> Defendant. | Case No.: 11-CV-05755-PSG <br><br> **District Court Judge Lucy H. Koh** <br><br> **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF THE INSTITUTE OF MEDICAL EDUCATION, INC.; [~~PROPOSED~~] ORDER** |

PLEASE TAKE NOTICE that Plaintiff The Institute of Medical Education, Inc. ("Plaintiff") has retained Colt/Wallerstein LLP to substitute as counsel GCR, LLP in the above-captioned matter. Withdrawing counsel for Plaintiff are:

>Mary T. Hernandez
>GCR, LLP
>313 West Winton Ave, Suite 372
>Hayward, California 94544

1

Nitasha K. Sawhney
GCR, LLP
313 West Winton Ave, Suite 372
Hayward, California 94544

Nadia P. Bermudez
GCR, LLP
313 West Winton Ave, Suite 372
Hayward, California 94544

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Plaintiff:

Doug Colt
Colt/Wallerstein LLP
Shorebreeze II
255 Shoreline Drive, Suite 540
Redwood Shores, California 94065

Tom Wallerstein
Colt/Wallerstein LLP
Shorebreeze II
255 Shoreline Drive, Suite 540
Redwood Shores, California 94065

The undersigned parties consent to the above withdraw and substitution of counsel.

```
 1
 2   Dated:   April 12, 2012              GCR, LLP
 3                                        By: /s/ Nadia P. Bermudez
                                              NADIA P. BERMUDEZ
 4
 5   Dated:   April 12, 2012              COLT/WALLERSTEIN LLP
 6                                        By: /s/ Doug Colt
                                              DOUG COLT
 7
 8
 9   Dated:   April 12, 2012              Institute of Medical Education, Inc.
10                                        By: /s/ Sunil Vethody
                                              SUNIL VETHODY, PRESIDENT
11
12
13
         I hereby attest that I obtained concurrence in the filing of this document from each of the
14
     other signatories on this e-filed document.
15
     Dated:   April 12, 2012              GCR, LLP
16
                                          By: /s/ Nadia P. Bermudez
17                                            NADIA P. BERMUDEZ
18
19       The above withdrawal and substitution of counsel is approved and so ORDERED.
20
                 April 24, 2012
21   DATED: _____              _____
22                                       JUDGE OF THE UNITED STATES DISTRICT
```