Alicia R. Kennon (State Bar No. 240569)
WOOD, SMITH, HENNING & BERMAN LLP
1401 Willow Pass Road, Suite 700
Concord, California 94520-7982
Phone: 925 222 3400 ♦ Fax: 925 222 3250

Attorneys for Defendant WESTERN ASSOCIATION OF SCHOOLS AND COLLEGES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| THE INSTITUTE OF MEDICAL EDUCATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> WESTERN ASSOCIATION OF SCHOOLS AND COLLEGES, and DOES 1 THROUGH 10 INCLUSIVE, <br><br> Defendants. | CASE NO. CV11-05755 LHK <br><br> [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND VACATING ADR COMPLIANCE DEADLINE <br><br> CRTRM.: 8 <br><br> Complaint Filed: 11/30/11 <br><br> [Assigned for All Purposes to District Judge Lucy H. Koh, Courtroom 8, 4th Floor] <br><br> Discovery Cutoff: None Set <br> Motion Cutoff: None Set <br> Trial Date: None Set |

The court, having considered the parties' stipulation, and good cause appearing, hereby orders as follows:

The Case Management Conference date is continued to June 6, 2012, at 2:00 p.m.

The ADR compliance deadline is vacated. A new deadline will be established following the Case Management Conference.

///

///

LEGAL:05488-0231/2253625.1

-1-

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND VACATING ADR COMPLIANCE DEADLINE

**IT IS SO ORDERED.**

Dated: April 26, 2012

_____
THE HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925 222 3400 ♦ FAX 925 222 3250

LEGAL:05488-0231/2253625.1

-2-

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND VACATING ADR COMPLIANCE DEADLINE