Doug Colt (SBN 210915)
Thomas E. Wallerstein (SBN 232086)
Colt/Wallerstein
Shorebreeze II
255 Shoreline Drive, Suite 540
Redwood Shores, CA 94065
Telephone: (650) 453-1980
Facsimile: (650) 453-2411

Attorney for Plaintiff,
THE INSTITUTE OF MEDICAL EDUCATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE INSTITUTE OF MEDICAL EDUCATION, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN ASSOCIATION OF SCHOOLS AND COLLEGES, and DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case No. 11-CV-05755-PSG<br><br>District Court Judge:  Lucy H. Koh<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF, THE INSTITUTE OF MEDICAL EDUCATION, INC.; [PROPOSED] ORDER** |

PLEASE TAKE NOTICE, that Plaintiff, The Institute of Medical Education, Inc. ("Plaintiff") has retained the Law Office of Veronika Short to substitute as counsel for Colt Wallerstein LLP in the above-captioned matter.  Withdrawing counsel for Plaintiff is:

    Doug Colt
    Thomas E. Wallerstein
    Kimberly Culp
    Colt Wallerstein LLP
    Shorebreeze II
    255 Shoreline Drive, Suite 540
    Redwood Shores, CA 94065

//

//

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Plaintiff:

>Veronika Short
>Law Office of Veronika Short
>46 West Santa Clara Street
>San Jose, CA 95113
>veronika@vshortlaw.com
>Telephone:  (408) 599-1670
>Facsimile:  (408) 549-9818

The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated:  August 7, 2012                COLT/WALLERSTEIN, LLP

                                      By:   /s/ Doug Colt
                                            DOUG COLT


Dated:  August 7, 2012                LAW OFFICE OF VERONIKA SHORT

                                      By:  /s/ Veronika Short
                                            VERONIKA SHORT


Dated:  August 7, 2012                INSTITUTE OF MEDICAL EDUCATION, INC.

                                      By:   /s/ Bindu Vethody
                                            BINDU VETHODY, PRESIDENT

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

Dated:  August 7, 2012                COLT/WALLERSTEIN, LLP

                                      By:   /s/ Doug Colt
                                            DOUG COLT

///

**I am aware of the trial date and related deadlines set by the Court on June 6, 2012 and**

**will not seek a continuance of dates or other accommodation for having made the substitution.**

Dated: August 7, 2012                LAW OFFICE OF VERONIKA SHORT

By: /s/ Veronika Short
VERONIKA SHORT

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated: _____                         _____
                                                JUDGE OF THE UNITED STATES
                                                DISTRICT COURT

**END OF ORDER**