Bruce C. Funk (SBN 122340)
Law Offices of Bruce C. Funk
46 West Santa Clara Drive
San Jose, CA 95113
Telephone: (408) 280-6488
Facsimile: (408) 286-3139
Email:  bcfunkesq@aol.com

Attorney for Plaintiff,
THE INSTITUTE OF MEDICAL EDUCATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE INSTITUTE OF MEDICAL EDUCATION, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN ASSOCIATION OF SCHOOLS AND COLLEGES, and DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case No. 11-CV-05755-PSG<br><br>District Court Judge:  Lucy H. Koh<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

Pending approval from the District Court allowing the Law Office of Veronika Short to substitute in as counsel of record for Plaintiff, The Institute of Medical Education, Inc., the Law Office of Veronika Short hereby associates as co-counsel the Law Offices of Bruce C. Funk on behalf of Plaintiff.

All correspondence, pleadings, discovery requests and other service of process shall also be

//

//

//

//

1

directed to Bruce C. Funk, Esq., 46 West Santa Clara Street, San Jose, CA 95113, (408) 280-6488, bcfunkesq@aol.com.

                              LAW OFFICE OF VERONIKA SHORT

Dated:  August 7, 2012           By:  _____/s/_____
                              VERONIKA SHORT

I accept the association of counsel.

                              LAW OFFICES OF BRUCE C. FUNK

Dated:  August 7, 2012           By:  _____/s/_____
                              BRUCE C. FUNK