UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*Civil Minute Order*

Time in Court:  9m

**JUDGE LUCY H. KOH**

CRT REPRTR: LEE-ANNE SHORTRIDGE          DATE: 9/19/12
COURTROOM DEPUTY: MARTHA PARKER BROWN
                                          CASE #: C11-05755 LHK

CASE TITLE: THE INST. OF MEDICAL EDUCATION, INC. VS. WEST. ASSOC. OF SCHOOLS & COLLEGES

**Appearances for Plaintiff(s)**          **Appearances for Defendant(s)**

NO APPEARANCE                              ALICIA R. KENNON

**TODAY'S PROCEEDINGS**

{ X } FURTHER CASE MANAGEMENT CONFERENCE  { } PRE-TRIAL CONF.  { } MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. |    |
|-------|-------|------------|----|
| { }   | { }   | { }        | 1. |
| { }   | { }   | { }        | 2. |
| { }   | { }   | { }        | 3. |
| { }   | { }   | { }        | 4. |

***DISPOSITION of TODAY'S PROCEEDINGS***

[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED       [ ] DENIED        [ ] SUBMITTED        [ ] DENIED/GRANTED in part

***[ ] BRIEFS TO BE FILED AS FOLLOWS:***

{ } Cont'd to       @                              For

**ORDER TO BE PREPARED BY:**     [ ] PLTF;    [ ] DEFT;    [ ] COURT
Additional Comments: NO APPEARANCE BY PLAINTIFF.  THE COURT WILL ISSUE A WRITTEN ORDER.