United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INSTITUTE OF MEDICAL EDUCATION, INC., <br><br> Plaintiff, <br> v. <br> WESTERN ASSOCIATION OF SCHOOLS AND COLLEGES; and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No.: 11-CV-05755-LHK <br><br> ORDER RE: ORDER TO SHOW CAUSE AND ORDER SETTING CASE MANAGEMENT CONFERENCE |

In light of Plaintiff's failure to appear at the case management conference on September 19, 2012, failure to file a case management statement, and failure to conduct discovery, the Court previously issued an Order to Show Cause why this case should not be dismissed for failure to prosecute. ECF No. 48. A hearing on this Order to Show Cause was scheduled for October 10, 2012 at 2:00 p.m.

Plaintiff's counsel has responded to the Order to Show Cause. ECF No. 50. The Court finds that Plaintiff's response is adequate. Accordingly, the Court declines to dismiss Plaintiff's case. The Order to Show Cause hearing scheduled to take place on October 10, 2012 at 2:00 p.m. is hereby VACATED.

The Court shall hold a case management conference on October 10, 2012 at 2:00 p.m. The parties have already submitted a joint case management statement (ECF No. 53), so no further joint

//

case management statement is required.

**IT IS SO ORDERED.**

Dated:  October 4, 2012

_____
LUCY H. KOH
United States District Judge

2

Case No.: 11-CV-05755-LHK
ORDER RE: ORDER TO SHOW CAUSE AND ORDER SETTING CASE MANAGEMENT CONFERENCE