**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INSTITUTE OF MEDICAL EDUCATION, INC., <br><br> Plaintiff, <br> v. <br> WESTERN ASSOCIATION OF SCHOOLS AND COLLEGES; and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No.: 11-CV-05755-LHK <br><br> ORDER RE: STIPULATION TO AMEND COMPLAINT |

Pursuant to the Court's October 10, 2012 Case Management Order (ECF No. 55), the parties have submitted a stipulation to amend the Complaint to reflect Plaintiff Institute of Medical Education, Inc.'s status as both a Delaware corporation and a California Corporation. ECF No. 57. The parties' stipulation identifies the language in the Complaint the parties would like to alter. *Id.* However, the parties have failed to attach an amended draft of the Complaint to their stipulation. Accordingly, the Court GRANTS the parties' stipulation. Page 2 of the Complaint, line 5, under "Parties", shall be amended to read, "Plaintiff IME is a Delaware and a California corporation with its principal place of business in San Jose, California." The Court also ORDERS the parties to file an Amended Complaint by October 24, 2012.

**IT IS SO ORDERED.**

Dated: October 22, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-05755-LHK
ORDER RE: STIPULATION TO AMEND COMPLAINT