ORIGINAL

1  Alicia R. Kennon (State Bar No. 240569)
   Eugene Zinovyev (State Bar No. 267245)
2  WOOD, SMITH, HENNING & BERMAN LLP
   1401 Willow Pass Road, Suite 700
3  Concord, California 94520-7982
   Phone: 925 222 3400 ♦ Fax: 925 222 3250
4
   Attorneys for Defendant WESTERN ASSOCIATION OF SCHOOLS AND COLLEGES

**Filed**

NOV 3 0 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9          **NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

10

11  THE INSTITUTE OF MEDICAL          CASE NO. CV11-05755 PSG
    EDUCATION, INC.,
12                                    **DEFENDANT WESTERN ASSOCIATION
                                      OF SCHOOLS AND COLLEGES
13            Plaintiff,              ANSWER TO PLAINTIFF'S FIRST
                                      AMENDED COMPLAINT**
14       v.
                                      Complaint Filed: 11/30/11
15  WESTERN ASSOCIATION OF
    SCHOOLS AND COLLEGES, and DOES    [Assigned for All Purposes to Magistrate Judge Paul
16  1 THROUGH 10 INCLUSIVE,           Singh Grewal in Courtroom 5, 4th Floor]

17            Defendants.            Discovery Cutoff:    None Set
                                     Motion Cutoff:       None Set
18                                   Trial Date:          None Set

19       COMES NOW Defendant WESTERN ASSOCIATION OF SCHOOLS AND

20  COLLEGES and in response to Plaintiff's First Amended Complaint admits, denies,

21  and/or alleges the following:

22                        **NATURE OF ACTION**

23       1. In answering paragraph 1 of Plaintiff's Complaint, Defendant admits that this is

24  an action for damages against WASC and Does 1 through 10. Defendant, however,

25  denies the remaining allegations contained within paragraph 1 of Plaintiff's complaint.

26  / / /

27  / / /

28

LEGAL:05965-0007/2190706.1                    -1-                      CV11-05755 PSG
      DEFENDANT WESTERN ASSOCIATION OF SCHOOLS AND COLLEGES ANSWER TO PLAINTIFF'S
                                      COMPLAINT

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925 222 3400 ♦ FAX 925 222 3250

FAXED

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925 222 3400 ♦ FAX 925 222 3250

1

### THE PARTIES

2    2. In answering paragraph 2 of Plaintiff's Complaint, Defendant denies the

3    allegations contained therein.

4    3. In answering paragraph 3 of Plaintiff's Complaint, Defendant admits the

5    allegations contained therein.

6    ### JURISDICTION AND VENUE

7    4. In answering paragraph 4 of Plaintiff's Complaint, Defendant denies the

8    allegations contained therein.

9    ### FACTUAL BACKGROUND

10    5. In answering paragraphs 5 through 10 of Plaintiff's Complaint, Defendant lacks

11    sufficient knowledge and information from which to admit or deny the allegations

12    contained therein and on that basis denies same.

13    6. In answering paragraph 11 of Plaintiff's Complaint, Defendant lacks sufficient

14    knowledge and information from which to admit or deny the allegations contained therein

15    and on that basis denies same.

16    7. In answering paragraph 12 of Plaintiff's Complaint, Defendant lacks sufficient

17    knowledge and information from which to admit or deny the allegations contained therein

18    and on that basis denies same.

19    8. In answering paragraph 13 of Plaintiff's Complaint, Defendant lacks sufficient

20    knowledge and information from which to admit or deny the allegations contained therein

21    and on that basis denies same.

22    9. In answering paragraph 14 of Plaintiff's complaint, Defendant admits the

23    allegations contained therein.

24    10. In answering paragraph 15, lines 4-5, of Plaintiff's Complaint Defendant admits

25    that a letter dated September 23, 2010 was sent to IME, but lacks sufficient information

26    or knowledge regarding the remaining allegations contained therein and on that basis

27    denies same. In answering lines 5, beginning with "While a number..." through line 8,

28    ///

1 Defendant lacks sufficient knowledge and information from which to admit or deny the
2 allegations contained therein and on that basis denies same.

3     11. In answering paragraph 16 of Plaintiff's Complaint, Defendant denies the
4 allegations contained therein.

5     12. In answering paragraph 17 of Plaintiff's Complaint, Defendant lacks sufficient
6 knowledge and information from which to admit or deny the allegations contained therein
7 and on that basis denies same.

8     13. In answering paragraph 18 of Plaintiff's Complaint, Defendant lacks sufficient
9 knowledge and information from which to admit or deny the allegations contained therein
10 and on that basis denies same.

11     14. In answering paragraph 19 of Plaintiff's Complaint, Defendant lacks sufficient
12 knowledge and information from which to admit or deny the allegations contained therein
13 and on that basis denies same.

14     15. In answering paragraph 20 of Plaintiff's Complaint, Defendant denies the
15 allegations contained therein.

16     16. In answering paragraph 21 of Plaintiff's Complaint, Defendant lacks sufficient
17 knowledge and information from which to admit or deny the allegations contained therein
18 and on that basis denies same.

19     17. In answering paragraph 22 of Plaintiff's Complaint, Defendant lacks sufficient
20 knowledge and information from which to admit or deny the allegations contained therein
21 and on that basis denies same.

22     18. In answering paragraph 23 of Plaintiff's Complaint, Defendant denies the
23 allegations contained therein.

24     19. In answering paragraphs 24-28 of Plaintiff's Complaint, Defendant lacks
25 sufficient knowledge and information from which to admit or deny the allegations
26 contained therein and on that basis denies the allegations contained therein.

27     20. In answering paragraph 29 of Plaintiff's Complaint, Defendant denies the
28 allegations contained therein.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925 222 3400 ♦ FAX 925 222 3250

1  21. In answering paragraph 30 of Plaintiff's Complaint, Defendant denies the

2  allegations contained therein.

3  ## FIRST CAUSE OF ACTION

4  ### Denial of Common Law Due Process

5  22. In answering paragraph 31 of Plaintiff's Complaint, Defendant incorporates the

6  preceding admissions and denials contained within paragraphs 1-21 as though fully set

7  forth herein.

8  23. In answering paragraphs 32-38, Defendant denies each and every allegation

9  contained therein.

10  ## SECOND CAUSE OF ACTION

11  ### Breach of Contract

12  24. In answering paragraph 39 of Plaintiff's Complaint, Defendant incorporates the

13  preceding admissions and denials contained within paragraphs 1-23 as though fully set

14  forth herein.

15  25. In answering paragraphs 40-43, Defendant denies each and every allegation

16  contained therein.

17  ## THIRD CAUSE OF ACTION

18  ### Breach of the Implied Covenant of Good Faith & Fair Dealing

19  26. In answering paragraph 44 of Plaintiff's Complaint, Defendant incorporates the

20  preceding admissions and denials contained within paragraphs 1-25 as though fully set

21  forth herein.

22  27. In answering paragraphs 45-47 of Plaintiff's Complaint, Defendant denies

23  each and every allegation contained therein.

24  ## FOURTH CAUSE OF ACTION

25  ### Intentional Interference with Contract (Student Enrollment Agreements)

26  28. In answering paragraph 48 of Plaintiff's Complaint, Defendant incorporates the

27  preceding admissions and denials contained within paragraphs 1-27 as though fully set

28  forth herein.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925 222 3400 • FAX 925 222 3250

1    29. In answering paragraphs 49-54 of Plaintiff's Complaint, Defendant denies

2  each and every allegation contained therein.

3                            **FIFTH CAUSE OF ACTION**

4        **Negligent Interference with Prospective Business or Economic Advantage**

5    30. In answering paragraph 55 of Plaintiff's Complaint, Defendant incorporates the

6  preceding admissions and denials contained within paragraphs 1-29 as though fully set

7  forth herein.

8    31. In answering paragraphs 56-59, Defendant denies each and every allegation

9  contained therein.

10                            **SIXTH CAUSE OF ACTION**

11                              **Promissory Estoppel**

12    32. In answering paragraph 60, Defendant incorporates the preceding admissions

13  and denials contained within paragraphs 1-31 as though fully set forth herein.

14    33. In answering paragraphs 61-66, Defendant denies each and every allegation

15  contained therein.

16                            **AFFIRMATIVE DEFENSES**

17                          **FIRST AFFIRMATIVE DEFENSE**

18    34. Defendant is informed and believes, and on that basis alleges that the

19  Complaint, in whole or in part, fails to state a claim for which relief can be granted.

20                          **SECOND AFFIRMATIVE DEFENSE**

21    35. Defendant is informed and believes, and on that basis alleges that the

22  Complaint, and each and every claim contained therein, is barred by the applicable

23  statute of limitation.

24                          **THIRD AFFIRMATIVE DEFENSE**

25    36. Defendant is informed and believes, and on that basis alleges that Plaintiff has

26  failed to mitigate their damages with respect to any and all damages proximately and/or

27  actually caused by the actions or incidents underlying the Complaint.

28  / / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925 222 3400 ♦ FAX 925 222 3250

1

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925 222 3400 ● FAX 925 222 3250

**FOURTH AFFIRMATIVE DEFENSE**

2    37. Defendant is informed and believes, and on that basis alleges that Plaintiff's

3  Complaint is barred by the doctrine of laches, estoppel, waiver and/or unclean hands.

4               **FIFTH AFFIRMATIVE DEFENSE**

5    38. Defendant is informed and believes, and on that basis alleges that any and all

6  injuries, losses, or damages, if any, were the direct and proximate result of an

7  unavoidable incident, act of God, or resulted from natural causes, without fault or liability

8  on the part of this answering Defendant.

9               **SIXTH AFFIRMATIVE DEFENSE**

10   39. Defendant is informed and believes, and on that basis alleges that Plaintiff has

11  no standing to bring any action against this responding Defendant.

12              **SEVENTH AFFIRMATIVE DEFENSE**

13   40. Defendant is informed and believes, and on that basis alleges that Plaintiff's

14  action is barred by the failure to join in a timely fashion, indispensable and/or necessary

15  parties to the action

16              **EIGHTH AFFIRMATIVE DEFENSE**

17   41. Defendant is informed and believes, and on that basis alleges that the

18  underlying agreements are unenforceable due to a lack of consideration.

19              **NINTH AFFIRMATIVE DEFENSE**

20   42. Defendant is informed and believes, and on that basis alleges that Plaintiff's

21  claims are barred due to mistake and/or fraud concerning the terms of the underlying

22  agreements.

23              **TENTH AFFIRMATIVE DEFENSE**

24   43. Defendant is informed and believes, and on that basis alleges that the

25  agreements referred to in the Complaint are unenforceable and/or void as against public

26  policy.

27  / / /

28  / / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925 222 3400 ◆ FAX 925 222 3250

1

## ELEVENTH AFFIRMATIVE DEFENSE

2    44. Defendant is informed and believes, and on that basis alleges that Plaintiff has

3  waived their right to enforce the underlying agreements by breaching the terms of those

4  agreements.

5

## TWELFTH AFFIRMATIVE DEFENSE

6    45. Defendant is informed and believes, and on that basis alleges that the

7  underlying agreements have been rescinded.

8

## THIRTEENTH AFFIRMATIVE DEFENSE

9    46. Defendant is informed and believes, and on that basis alleges that Plaintiff has

10  acted so as to frustrate the purpose of the underlying agreements.

11

## FOURTEENTH AFFIRMATIVE DEFENSE

12    47. Defendant is informed and believes, and on that basis alleges that this

13  responding Defendant has satisfied its obligations pursuant to the underlying

14  agreements.

15

## FIFTEENTH AFFIRMATIVE DEFENSE

16    48. Defendant is informed and believes, and on that basis alleges that Plaintiff are

17  estopped by their own acts and conduct from pursuing the claims alleged in the

18  Complaint.

19

## SIXTEENTH AFFIRMATIVE DEFENSE

20    49. Defendant is informed and believes, and on that basis alleges that at all times

21  relevant, its conduct was justified with regard to the claims alleged in the Complaint.

22

## SEVENTEENTH AFFIRMATIVE DEFENSE

23    50. Plaintiff has failed to state facts sufficient to give rise to a claim against

24  Defendant for punitive damages.

25

## EIGHTEENTH AFFIRMATIVE DEFENSE

26    51. This action is barred for lack of subject matter jurisdiction.

27  / / /

28  / / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925 222 3400 ♦ FAX 925 222 3250

## NINETEENTH AFFIRMATIVE DEFENSE

52. This action is barred because Plaintiff has failed to exhaust the administrative remedies provided to it through Defendant's organization or provided by law.

## TWENTIETH AFFIRMATIVE DEFENSE

53. This action is barred because it is not ripe for decision or because the action is now moot.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

54. Plaintiff's complaint is barred by the doctrine of res judicata or collateral estoppel.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

55. Plaintiff's action is barred because the alleged wrongful acts or omissions are based on the exercise of a discretionary duty or discretionary function on the part of the public defendant. Accordingly, defendant is immunized from liability as a matter of law.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

56. Plaintiff was provided with adequate and due notice by Defendant and the U.S. Department of Education.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

57. Defendant presently has insufficient knowledge or information upon which to form a belief as to whether Defendant may have any additional affirmative defenses to the Complaint and/or all of the claims stated therein. Accordingly, Defendant hereby reserves its right to assert additional affirmative defenses in the event that further development, events and/or discovery indicate such assertion would be appropriate.

WHEREFORE, Defendant prays for relief as follows:

(a)     That Plaintiff take nothing against this answering Defendant;

(b)     That this answering Defendant have and recover its costs of suit;

(c)     For such other and further relief as the Court may deem just and proper.

/ / /

/ / /

## JURY DEMAND

Defendant hereby demands a trial by jury of all issues so triable.

DATED: November 30, 2012      WOOD, SMITH, HENNING & BERMAN LLP

By: _____
       ALICIA R. KENNON
       EUGENE ZINOVYEV
Attorneys for Defendant WESTERN
ASSOCIATION OF SCHOOLS AND COLLEGES

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925 222 3400 ♦ FAX 925 222 3250

1

## PROOF OF SERVICE

2 | **STATE OF CALIFORNIA, COUNTY OF CONTRA COSTA**

3      I am employed in the County of Contra Costa, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1401

4 | Willow Pass Road, Suite 700, Concord, California 94520-7982.

5      On November 30, 2012, I served the following document(s) described as **DEFENDANT WESTERN ASSOCIATION OF SCHOOLS AND COLLEGES ANSWER**

6 | **TO PLAINTIFF'S FIRST AMENDED COMPLAINT** on the interested parties in this action as follows:

7

## SEE ATTACHED LIST

8

**BY MAIL:** I placed true copies of the foregoing document(s) enclosed in sealed

9 | envelopes addressed as shown on the Service List. I am "readily familiar" with Wood, Smith, Henning & Berman's practice for collecting and processing correspondence for

10 | mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business.

11 | Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Concord, California, on that same day following ordinary business practices.

12

     I declare under penalty of perjury under the laws of the United States of America

13 | that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

14

     Executed on November 30, 2012, at Concord, California.

15

16

17 | Sheryl A. Miller

18

19

20

21

22

23

24

25

26

27

28

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925 222 3400 ♦ FAX 925 356 8250

**SERVICE LIST**
*The Institute of Medical Education, Inc. v. Western Association of*
*Schools and Colleges, et al.*
**Case No. USDC-N (SJ) - CV11-05755 LHK**

Veronika Short, Esq.
Law Office of Veronika Short
46 West Santa Clara Street
San Jose, CA 95113
Tel: (408) 599-1670/Fax: (408) 549-9818
veronika@vshortlaw.com
**Attorneys for PLAINTIFF**

Bruce C. Funk, Esq.
Law Offices of Bruce C. Funk
46 West Santa Clara Drive
San Jose, CA 95113
Tel: (408) 280-6488/Fax: (408) 286-3139
Email: bcfunkesq@aol.com
**Co-Counsel for PLAINTIFF**

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925.222.3400 ♦ FAX 925.356.8250