Veronika Short (SBN 224694)
veronika@vshortlaw.com
LAW OFFICE OF VERONIKA SHORT
46 W Santa Clara Street
San Jose, CA 95113
Telephone: (408) 599-1670
Facsimile: (408) 549-9818

Attorneys for Plaintiff,
THE INSTITUTE OF MEDICAL EDUCATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE INSTITUTE OF MEDICAL EDUCATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WESTERN ASSOCIATION OF SCHOOLS AND COLLEGES, and DOES 1 THROUGH 10, INCLUSIVE, <br><br> Defendants. | Case No. 11-CV-05755-LHK <br><br> **DECLARATION OF VERONIKA SHORT** <br><br><br> Judge: The Honorable Lucy H. Koh <br> Dept: 8, 4th Floor |

I, Veronika Short, hereby declare:

1. I am an attorney at law duly licensed to practice before all the courts of the State of California, and in the United States District Court, Northern District of California. I am attorney of record for Plaintiff, The Institute of Medical Education, Inc. I have personal knowledge of the matters set forth herein and if called as a witness would testify competently thereto.

2. This declaration is submitted pursuant to the Court's Minute Order; Case Management Order issued on February 13, 2013.

3. I confirm that all Rule 26 documents and damages calculation authorized by The Institute of Medical Education, Inc., have been produced to Defendant by February 15, 2013.

   I declare under penalty of perjury under the laws of the State of California that the foregoing

1

DECLARATION OF VERONIKA SHORT

1  is true and correct of my personal knowledge except as to those matters which are alleged upon
2  information and belief, and, as to such matters I am informed and believe them to be true.
3  This declaration is signed this 19 day of February 2013, in San Jose, California.

_____
Veronika Short

DECLARATION OF VERONIKA SHORT

## PROOF OF SERVICE

I, Veronika Short, declare that I am over the age of eighteen (18). My business address is 46 W. Santa Clara Street, San Jose, California 95113. On February 19, 2013, I served the **DECLARATION OF VERONIKA SHORT** upon the following parties pursuant to the method described below:

(1) Alicia Kennon, Esq. at akennon@wahblaw.com

(2) Seymour Bernard Everett, Esq. at severett@wahblaw.com

(3) Bruce C. Funk, Esq. at bcfunkesq@aol.com

**BY ELECTRONIC SERVICE**: Pursuant to Fed. R.Civ.P. 5(b)(2) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

Executed, February 19, 2013 in San Jose, California.

s/Veronika Short