VERONIKA SHORT (State Bar No. 224694)
Law Office of Veronika Short
46 West Santa Clara Street
San Jose, CA 95113
veronika@vshortlaw.com
Telephone: (408) 599-1670
Facsimile: (408) 549-9818

BRUCE C. FUNK (State Bar No. 122340)
Law Office of Bruce C. Funk
46 West Santa Clara Street
San Jose, CA 95113
bcfunkesq@aol.com
Telephone: (408) 280-6488
Facsimile: (408) 286-3139
Attorneys for Plaintiff
The Institute of Medical Education

SEYMOUR B. EVERETT (State Bar No. 223441)
ALICIA R. KENNON (State Bar No. 240569)
Wood, Smith, Henning & Berman LLP
1401 Willow Pass Road, Suite 700
Concord, California 94520
Telephone: (925) 222-3400
Facsimile: (925) 222-3250
Attorneys for Defendant
Western Association of Schools and Colleges

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE INSTITUTE OF MEDICAL EDUCATION, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> WESTERN ASSOCIATION OF SCHOOLS AND COLLEGES, and DOES 1 THROUGH 10 INCLUSIVE, <br><br> Defendant(s). | CASE NO. 11-CV-05755-LHK <br><br> **JOINT STATUS REPORT RE MEDIATION** <br><br><br><br> Dept: 8, 4th Floor <br> Judge: The Honorable Lucy H. Koh |

Plaintiff, The Institute of Medical Education ("Plaintiff") and Defendant, Western Association of Schools and Colleges ("WASC"), parties to the above-entitled action, submit this JOINT STATUS REPORT RE MEDIATION pursuant to the Minute; Case Management Order entered on February 13, 2013. The parties met and conferred on February 22, 2013, in the creation of this Report.

The parties have agreed to proceed to mediation with Craig Needham; mediation date set for April 9, 2013.

Respectfully submitted,

LAW OFFICE OF VERONIKA SHORT

Date: February 22, 2013          /s/
Veronika Short, Attorney for Plaintiff
Institute of Medical Education


LAW OFFICE OF BRUCE C. FUNK

Date: February 22, 2013          /s/
Bruce C. Funk, Attorney for Plaintiff
Institute of Medical Education


WOOD, SMITH, HENNING & BERMAN, LLP

Date: February 22, 2013          /s/
Alicia R, Kennon, Attorney for Defendant
Western Association of Schools and Colleges

|     |     |
| --- | --- |
| 1   | **PROOF OF SERVICE** |
| 2   | I, Veronika Short, declare that I am over the age of eighteen (18).  My business address |
| 3   | is 46 W. Santa Clara Street, San Jose, California 95113.  On February 22, 2013, I served the |
| 4   | **JOINT STATUS REPORT RE MEDIATION** upon the following parties pursuant to the |
| 5   | method described below: |
| 6   | (1)    Alicia Kennon, Esq. at akennon@wahblaw.com |
| 7   | (2)    Bruce C. Funk, Esq. at bcfunkesq@aol.com |
| 8   | **BY ELECTRONIC SERVICE**: Pursuant to Fed. R.Civ.P. 5(b)(2) and Local Court |
| 9   | Rule(s), the foregoing document will be served by the court via CM/ECF.  Pursuant to the |
| 10  | CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail |
| 11  | Notice List to receive ECF transmission at the email address(es) indicated above. |
| 12  | I declare under penalty of perjury under the laws of the state of California that the above |
| 13  | is true and correct. |
| 14  | Executed, February 22, 2013 in San Jose, California. |
| 15  |     |
| 16  | _s/Veronika Short_ |

11CV05755-LHK    PROOF OF SERVICE