| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* <br> Kathryn C. Curry (SBN 157099) <br> GCA Law Partners LLP <br> 1891 Landings Dr. <br> Mountain View, CA 94043     (650) 237-7236 <br> ATTORNEY FOR LIEN CLAIMANT: Arthur Chen et al. | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| NAME OF COURT: U.S. District Court, Northern District of California <br> STREET ADDRESS: 280 South 1st Street <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: San Jose, CA 95113 <br> BRANCH NAME: San Jose Division | | |
| PLAINTIFF: The Institute of Medical Education <br><br> DEFENDANT: Western Association of Schools and Colleges | | |
| **NOTICE OF LIEN** <br> (Attachment—Enforcement of Judgment) | CASE NUMBER: <br> 5:11-CV-05755 LHK | |

ALL PARTIES IN THIS ACTION ARE NOTIFIED THAT
1. A lien is created by this notice under
   a. ☐ Article 3 (commencing with section 491.410) of Chapter 11 of Title 6.5 of Part 2 of the Code of Civil Procedure.
   b. ☑ Article 5 (commencing with section 708.410) of Chapter 6 of Title 9 of Part 2 of the Code of Civil Procedure.
2. The lien is based on a
   a. ☐ right to attach order and an order permitting the creation of a lien (copies attached).
   b. ☑ money judgment.

3. The right to attach order or the money judgment is entered in the following action:
   a. Title of court *(specify)*: Santa Clara County Superior Court
   b. Name of case *(specify)*: Arthur Chen et al. v. Institute of Medical Education, Sunil Vethody
   c. Number of case *(specify)*: 1-11-CV-205651
   d. ☑ Date of entry of judgment *(specify)*: December 20, 2012
   e. ☐ Dates of renewal of judgment *(specify)*:

4. The name and address of the judgment creditor or person who obtained the right to attach order are *(specify)*:
   Arthur Chen, Minh Do, Cynthia Donovan, Eduardo Espinoza, Alejandro Loqillano Jr., Lynnett Reyes cont.
5. The name and last known address of the judgment debtor or person whose property is subject to the right to attach order are *(specify)*:
   Institute of Medical Education, Inc., 1400 Coleman Ave., Ste D15-1, Santa Clara, CA 95050
6. The amount required to satisfy the judgment creditor's money judgment or to secure the amount to be secured by the attachment at the time this notice of lien is filed is
   $ 2,811,235.00

7. The lien created by this notice attaches to any cause of action of the person named in item 5 that is the subject of this action or proceeding and to that person's rights to money or property under any judgment subsequently procured in this action or proceeding.

8. No compromise, dismissal, settlement, or satisfaction of this action or proceeding or any of the rights of the person named in item 5 to money or property under any judgment procured in this action or proceeding may be entered into by or on behalf of that person, and that person may not enforce any rights to money or property under any judgment procured in this action or proceeding by a writ or otherwise, unless one of the following requirements is satisfied:

   a. the prior approval by order of the court in this action or proceeding has been obtained;
   b. the written consent of the person named in item 4 has been obtained or that person has released the lien; or
   c. the money judgment of the person named in item 4 has been satisfied.

> **NOTICE** The person named in item 5 may claim an exemption for all or any portion of the money or property within 30 days after receiving notice of the creation of the lien. The exemption is waived if it is not claimed in time.

Date: April 30, 2013

Kathryn C. Curry, Attorneys for Creditors        *[signature: Kathryn C. Curry]*
(TYPE OR PRINT NAME)                              (SIGNATURE OF LIEN CLAIMANT OR ATTORNEY)

---

Form Approved by the
Judicial Council of California
AT-180, EJ-185 [New January 1, 1985]

**NOTICE OF LIEN**
(Attachment—Enforcement of Judgment)

CCP 491.410, 708.410

| SHORT TITLE: The Institute of Medical Education v. Western Association of Schools and Colleges | CASE NUMBER: 5:11-cv-05755 LHK |
|---|---|

1
2  Notice of Lien
3
4  4. cont.  Lisa Saminathen
5  Address for all creditors:  c/o GCA Law Partners LLP, 1891 Landings Dr., Mountain View, CA 94043
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26  (Required for verified pleading) The items on this page stated on information and belief are (specify item numbers, not line numbers):
27  This page may be used with any Judicial Council form or any other paper filed with the court.       Page ____

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]

**ADDITIONAL PAGE**
**Attach to Judicial Council Form or Other Court Paper**

CRC 201, 501