UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INSTITUTE OF MEDICAL EDUCATION, INC,<br><br>              Plaintiff,<br>     v.<br><br>WESTERN ASSOCIATION OF SCHOOLS AND COLLEGES, et al,<br><br>              Defendants. | Case No.: CV 11-5755 LHK (PSG)<br><br>**ORDER RE: DISCOVERY LETTER BRIEFS**<br><br>**(Re: Docket Nos. 78, 85)** |

Plaintiff Institute of Medical Education, Inc. ("IME") twice has filed "Discovery Letter Briefs" as motions.[1] The contents of these letters, however, appear to be its attempts to meet and confer and notably do not seek relief from either the undersigned or Judge Koh.[2] The court refers IME to the undersigned's standing order[3] regarding the proper procedure for filing motions if a discovery dispute emerges. In the meantime, IME shall refrain from filing its meet-and-confer letters unless they are attached as an exhibit to a properly filed discovery motion.

**IT IS SO ORDERED.**

Dated: May 9, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] *See* Docket Nos. 78, 85.

[2] The parties' recent joint case management statement reflects that these letter briefs are not in fact motions. *See* Docket No. 83 (noting that no motions are pending in this action).

[3] Available at http://cand.uscourts.gov/psgorders, under "Magistrate Judge Grewal's Civil Standing Order."

ORDER