UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INSTITUTE OF MEDICAL EDUCATION, INC., <br><br> Plaintiff, <br> v. <br> WESTERN ASSOCIATION OF SCHOOLS AND COLLEGES; and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No.: 11-CV-05755-LHK <br><br> ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The Court CONTINUES the Case Management Conference scheduled for September 11, 2013, at 2 p.m. to September 19, 2013, at 1:30 p.m. The remainder of the case schedule remains as set in May 8, 2013, Case Management Order. The parties shall file an amended Joint Case Management Statement by September 12, 2013, only if there are material changes since the September 3, 2013, Joint Case Management Statement

**IT IS SO ORDERED.**

Dated:  September 5, 2013

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-05755-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE