UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE INSTITUTE OF MEDICAL EDUCATION, INC., <br><br> Plaintiff, <br> v. <br><br> WESTERN ASSOCIATION OF SCHOOLS AND COLLEGES, and DOES 1 THROUGH 10, INCLUSIVE <br><br> Defendants. | Case No.: 11-CV-05755-LHK <br><br> ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND VACATING HEARING |

The Court finds that the pending Motions for Summary Judgment are suitable for decision without a hearing. See Civil Local Rule 7-1(b). Accordingly, the hearing set for November 7, 2013, at 1:30 p.m. is VACATED. The Court further CONTINUES the Case Management Conference set for November 7, 2013, at 1:30 p.m. to December 18, 2013, at 2 p.m.

**IT IS SO ORDERED.**

Dated:  November 6, 2013

_____
LUCY H. KOH
United States District Judge