UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INSTITUTE OF MEDICAL EDUCATION, INC., <br><br> Plaintiff, <br> v. <br><br> WESTERN ASSOCIATION OF SCHOOLS AND COLLEGES; and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No.: 11-CV-05755-LHK <br><br> ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The Court CONTINUES the Case Management Conference scheduled for December 18, 2013, at 2 p.m. to January 8, 2014, at 2 p.m. An order will issue shortly on the Motions for Summary Judgment and the Order to Show Cause.

**IT IS SO ORDERED.**

Dated:  December 13, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 11-CV-05755-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE