1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| THE INSTITUTE OF MEDICAL EDUCATION, INC., | CASE NO. CV11-05755 LHK |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| WESTERN ASSOCIATION OF SCHOOLS AND COLLEGES, and DOES 1 THROUGH 10 INCLUSIVE, | |
| Defendants. | |

**Decision by Court.** Plaintiff The Institute of Medical Education ("Plaintiff") brought this action seeking recovery from Defendant Western Association of Schools and Colleges ("Defendant").  The issues have been heard and a decision has been rendered.

/ / /

/ / /

/ / /

/ / /

The Court having read and considered Defendant's Motion for Summary Judgment, opposition and reply papers, and the evidence filed in support thereof, judgment is hereby entered as follows:

1. On Plaintiff's first claim for relief of Denial of Common Law Due Process, Judgment is entered in favor of Defendant.

2. The Court declines to exercise supplemental jurisdiction over Plaintiff's remaining claims for relief—(2) Breach of Contract, (3) Breach of Implied Covenant of Good Faith and Fair Dealing, (4) Intentional Interference with Contract, (5) Negligent Interference with Prospective or Economic Business Advantage, and (6) Promissory Estoppel—and, therefore, dismisses those claims without prejudice.

DATED: December 31, 2013

By: _____
THE HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE