UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE INSTITUTE OF MEDICAL EDUCATION, INC., <br><br> Plaintiff, <br> v. <br><br> WESTERN ASSOCIATION OF SCHOOLS AND COLLEGES, and DOES 1 THROUGH 10, INCLUSIVE <br><br> Defendants. | Case No.: 11-CV-05755-LHK <br><br> ORDER RE: BILL OF COSTS |

The Court granted Plaintiff Institute of Medical Education, Inc. ("IME") an extension of time to file objections to Defendants' Bill of Costs because IME needed to retain new counsel. *See* ECF No. 130. IME has now indicated that it does not intend to retain counsel. *See* ECF No. 130. Accordingly, the extension of time to file objections is revoked. IME's request to further defer taxation of costs is DENIED. The Clerk may now tax costs.

**IT IS SO ORDERED.**

Dated: February 4, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-05755-LHK
ORDER RE: BILL OF COSTS